# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Yanping Chen

v.

FBI, et al.

**Case No:** 23-5198

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Catherine V. Herridge

### Counsel Information

Lead Counsel: Patrick F. Philbin

Direct Phone: (202) 249-6633  Fax: (___) ___-____  Email: pphilbin@egcfirm.com

2nd Counsel: Kyle T. West

Direct Phone: (202) 249-6659  Fax: (___) ___-____  Email: kwest@egcfirm.com

3rd Counsel: Chase Harrington

Direct Phone: (202) 249-6644  Fax: (___) ___-____  Email: charrington@egcfirm.com

Firm Name: Ellis George Cipollone O'Brien LLP

Firm Address: 1155 F St. NW Suite 750 Washington DC 20024

Firm Phone: (202) 249-6900  Fax: (___) ___-____  Email: pphilbin@egcfirm.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)